# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| BRANDON S. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-00881 |
| | ) | Judge Trauger |
| BRANDON TROUTT, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On June 22, 2017, the magistrate judge issued a Report and Recommendation (DE #41), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED this case is DISMISSED without prejudice for failure to prosecute and to keep the current address on file. Any appeal from this dismissal will not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 12th day of July 2017.

_____
ALETA A. TRAUGER
U.S. District Judge